## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

# 07 - CV - 0 1 4 39·BNB

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DAVID JACKSON,

      Plaintiff,

JUL 1 0 2007

GREGORY C. LANGHAM
CLERK

v.

VERA JACKSON, Pro Se, Defendant,
LAWRENCE BOWLING, DDA, individual Arapahoe County Child Support Enforcement
    Agency, Defendant,
MICHAEL MULLINS, Judge, individual, 2nd Judicial District Court City and County of
    Denver Colorado, Defendant,
ELIZABETH D. LEITH, Magistrate, individual, 2nd Judicial District Court City and County
    of Denver Colorado, Defendant,
BRIAN WHITNEY, Judge individual, 2nd Judicial District Court City and County of
    Denver Colorado, Defendant, and
SANDRA L. ROTHENBERG, Judge individual, 2nd Judicial District Court City and
    County of Denver Colorado, Defendant

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915, and a Complaint. As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if he wishes to pursue his claims. Any papers which the Plaintiff files in

Dockets.Justia.com

response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    __    is not submitted
(2)    __    is not on proper form (must use the court's current form)
(3)    __    is missing original signature by Plaintiff
(4)    __    is missing affidavit
(5)    __    affidavit is incomplete
(6)    __    affidavit is not notarized or is not properly notarized
(7)    __    names in caption do not match names in caption of complaint, petition or application
(8)    __    An original and a copy have not been received by the court. Only an original has been received.
(9)    __    other _____

**Complaint or Petition**:
(10)    __    is not submitted
(11)    X    is not on proper form (must use the court's current form)
(12)    __    is missing an original signature by the Plaintiff
(13)    __    is incomplete
(14)    __    uses et al. instead of listing all parties in caption
(15)    __    An original and a copy have not been received by the court. Only an original has been received.
(16)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)    __    names in caption do not match names in text
(18)    __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following form: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

2

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 6ᵗʰ day of July_____, 2007.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07 - CV - 01439-BNB

David Jackson
PO Box 17163
Boulder, CO 80308

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on 7/10/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk